# Law Offices of
# Raymond Elvis Gazer
### 172 East 161st Street
### Bronx, New York 10451
### (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

July 17th, 2023

*Via Electronic Court Filing*
Honorable Robert W. Lehrburger
United States Magistrates Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States of America versus Travis Moore
         22-MAG-05407 (RWL)

Your Honor,

    I write on behalf of my client, Travis Moore, to respectfully request a two-week extension to comply with the sole remaining condition of his release, i.e., that the bond be secured by three financially responsible persons.  My understanding is that one financially responsible party still needs to sign the bond.

    The Government has no objection to this request.  Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      *Raymond Elvis Gazer*
                                      Raymond Elvis Gazer, Esq.

Request GRANTED. SO ORDERED.
Dated: 7/17/2023

*[signature]*

    CC:    The Government
             *Via ECF*